**BRIGGS v. RANKIN**

[348 N.C. 686 (1998)]

FAYE AND WOODY BRIGGS, MARY AND TOM CLELAND, SUE AND STEVE EDWARDS, PEGGY AND KERMIT DOTSON, RADA AND RAY GREENLAW, BONNIE AND LINDSEY HODGES, SUE AND MARTY LUCKACH, FAYE AND DON MOOS, JOAN AND VANCE REECE, ANN AND CHARLIE STEWART, AND BARBARA WATKINS AND JOE WALLACE v. EDWARD M.G. RANKIN AND MARGARET P. RANKIN

No. 536PA97

(Filed 9 July 1998)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 127 N.C. App. 477, 491 S.E.2d 234 (1997), affirming an order entered 6 May 1996 by Battle, J., in Superior Court, Chatham County, allowing defendants' motion for summary judgment. Heard in the Supreme Court 26 May 1998.

*Bradshaw, Vernon & Robinson, L.L.P., by Patrick E. Bradshaw and Nicolas P. Robinson, for plaintiff-appellants.*

*Pulley, Watson, King & Lischer, P.A., by Richard N. Watson, Stella A. Boswell, and F. Edward Kirby, Jr., for defendant-appellees.*

*Jordan, Price, Wall, Gray & Jones, L.L.P., by R. Frank Gray, on behalf of N.C. Manufactured Housing Institute, amicus curiae.*

PER CURIAM.

AFFIRMED.